AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

THE MEDICAL PROTECTIVE COMPANY
OF FORT WAYNE INDIANA,

        Plaintiff

        v.                            **Civil Action No.** 1:13cv357

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

        Defendants,

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: <u>Judgment is entered in favor of defendant American International Specialty Lines Insurance Company and against plaintiff The Medical Protective Company of Fort Wayne, Indiana, who shall take nothing by way of its complaint.</u>

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge James T. Moody.

DATE:   March 12, 2018                    ROBERT N. TRGOVICH, CLERK OF COURT

                                                              By:  <u>s/ L. Higgins-Conrad</u>
                                                                     *Signature of Deputy Clerk*