AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

THE MEDICAL PROTECTIVE COMPANY OF
FORT WAYNE, INDIANA,
               Plaintiff

         v.                        **Civil Action No. 1:13-CV-357  HAB**

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,
               Defendant

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Judgment is entered in favor of Plaintiff The Medical Protective Company of Fort Wayne, Indiana and against the Defendant American International Specialty Lines Insurance Company in the amount of Six Million Nine Hundred Seventy Thousand Five Hundred Sixty-Seven Dollars and Seventy-Four Cents ($6,970,567.74) equaling the remaining policy limit (net of prior exhaustion) plus statutory prejudgment interest at eight percent (8%) per annum from October 13, 2013 to the date of judgment.

This action was (*check one*):

☒ tried to a jury with Judge     Holly A. Brady     presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

DATE:     January 31, 2020             ROBERT N. TRGOVICH, CLERK OF COURT

                                                                 By     s/C. Reed
                                                                  *Signature of Clerk or Deputy Clerk*