AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

THE MEDICAL PROTECTIVE COMPANY OF
FORT WAYNE, INDIANA,
        Plaintiff

v.                                 **Civil Action No. 1:13-CV-357 HAB**

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,
        Defendant

## AMENDED JUDGMENT IN A CIVIL CASE

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: Judgment is entered in favor of Plaintiff The Medical Protective Company of Fort Wayne, Indiana and against the Defendant American International Specialty Lines Insurance Company in the amount of Six Million Nine Hundred Seventy Thousand Five Hundred Sixty-Seven Dollars and Seventy-Four Cents ($6,970,567.74) equaling the remaining policy limit (net of prior exhaustion) plus statutory prejudgment interest at eight percent (8%) per annum from October 13, 2013 to the date of judgment and post-judgment interest at 1.55 %.

This action was (*check one*):

_X_ tried to a jury with Judge Holly A. Brady presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

DATE:    February 12, 2020              ROBERT N. TRGOVICH, CLERK OF COURT

                                                                             By    s/C. Reed
                                                                           *Signature of Clerk or Deputy Clerk*