# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE MEDICAL PROTECTIVE ) <br> COPANY OF FORT WAYNE, ) <br> INDIANA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN INTERNATIONAL ) <br> SPECILATY LINES ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Case No. 1:13-cv-00357-HAB <br><br> Hon. Holly A Brady, <br> Judge Presiding |

## NOTICE OF APPEAL

Notice is hereby given that American International Specialty Lines Insurance Company n/k/a AIG Specialty Insurance Company ("AISLIC"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on January 31, 2020 following the verdict of a jury (Dkt. 174; Dkt. 175), the amended final judgment entered on February 12, 2020 (Dkt. 178), and from all previous, contemporaneous, and subsequent rulings adverse to AISLIC, including, but not limited to, the rulings in the Opinion and Order dated and entered July 29, 2019 (Dkt. 111), the Opinion and Order

dated December 10, 2019 and entered December 11, 2019 (Dkt. 125), the Opinion and Order dated and entered January 16, 2020 (Dkt. 146), the Amended Opinion and Order dated and entered January 22, 2020 (Dkt. 152), and the Opinion and Order dated and entered April 17, 2020 (Dkt. 187).

Dated: May 15, 2020

Respectfully submitted,

/s/ Charles A. Hafner

Matthew J. Fink
Charles A. Hafner
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
10 South Wacker Drive, 21st Floor
Chicago, Illinois 60606
Tel: (312) 585-1400
Fax: (312) 585-1401
mfink@nicolaidesllp.com
chafner@nicolaidesllp.com

## CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Indiana by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

            s/ <u>Charles A. Hafner</u>